IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| HANNAH RIGGINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:21cv21-MHT |
| | ) | (WO) |
| CHILTON COUNTY BOARD OF EDUCATION, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

Pursuant to the stipulation of dismissal (Doc. 18), it is the ORDER, JUDGMENT, and DECREE of the court that this case is dismissed in its entirety with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 25th day of March, 2021.

                                        /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**